IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TREY CHAVIS on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>KLAUSSNER FURNITURE INDUSTRIES, INC.,<br>  Defendant. | C.A. No. 23-876-RGA |

**STIPULATION EXTENDING TIME TO ANSWER THE COMPLAINT**

Plaintiff Trey Chavis, on behalf of himself and all others similarly situated, and Defendant Klaussner Furniture Industries, Inc. (together with Plaintiff, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on August 10, 2023, Plaintiff filed a complaint (the "Complaint") against the Defendant initiating the above-captioned matter (D.I. 1);

WHEREAS, on August 28, 2023, Plaintiff filed an executed return of service, which reflects that the summons and Complaint were served on Defendant on August 22, 2023 (D.I. 3); and

WHEREAS, counsel for the Parties have agreed to extend the time for Defendant to answer the Complaint through and including November 13, 2023.

NOW THEREFORE, it is stipulated and agreed by and between the Parties, subject to the approval of the Court, that:

1.   Defendant's time to answer the Complaint is extended through and including November 13, 2023.

2. This extension is without prejudice to Defendant's right to seek further extensions of time from the Court to answer, move, or otherwise respond to the Complaint and Plaintiff's rights to oppose any such request.

Dated: September 12, 2023

| **MARGOLIS EDELSTEIN** | **K&L GATES LLP** |
|---|---|
| */s/ James E. Huggett* <br> James E. Huggett (No. 3956) <br> 300 Delaware Avenue, Suite 800 <br> Wilmington, DE 19801 <br> Phone: (302) 888-1112 <br><br> *Attorneys for Plaintiff and the Proposed Class* | */s/ Matthew B. Goeller* <br> Steven L. Caponi (No. 3484) <br> Matthew B. Goeller (No. 6283) <br> 600 N. King Street, Suite 901 <br> Wilmington, DE 19801 <br> Phone: (302) 416-7000 <br> steven.caponi@klgates.com <br> matthew.goeller@klgates.com <br><br> *Counsel for Defendant* |

SO ORDERED.

This _____ day of _____, 2023.

_____
United States District Court Judge