### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TREY CHAVIS on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>KLAUSSNER FURNITURE INDUSTRIES, INC.,<br>    Defendant. | C.A. No. 23-876-RGA |

### STIPULATION EXTENDING TIME TO ANSWER THE COMPLAINT

Plaintiff Trey Chavis, on behalf of himself and all others similarly situated, and Defendant Klaussner Furniture Industries, Inc. (together with Plaintiff, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on August 10, 2023, Plaintiff filed a complaint (the "Complaint") against the Defendant initiating the above-captioned matter (D.I. 1);

WHEREAS, on August 28, 2023, Plaintiff filed an executed return of service, which reflects that the summons and Complaint were served on Defendant on August 22, 2023 (D.I. 3); and

WHEREAS, counsel for the Parties have agreed to further extend the time for Defendant to respond to the Complaint through and including June 14, 2024.

NOW THEREFORE, it is stipulated and agreed by and between the Parties, subject to the approval of the Court, that:

1.    Defendant's time to respond to the Complaint is extended through and including June 14, 2024.

2

2. This extension is without prejudice to Defendant's right to seek further extensions of time from the Court to answer, move, or otherwise respond to the Complaint and Plaintiff's rights to oppose any such request.

Dated: May 14, 2024

| **MARGOLIS EDELSTEIN** | **K&L GATES LLP** |
|---|---|
| */s/ James E. Huggett* | */s/ Steven L. Caponi* |
| James E. Huggett (No. 3956) | Steven L. Caponi (No. 3484) |
| 300 Delaware Avenue, Suite 800 | 600 N. King Street, Suite 901 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Phone: (302) 888-1112 | Phone: (302) 416-7000 |
|  | steven.caponi@klgates.com |
| *Attorneys for Plaintiff and the Proposed Class* | *Counsel for Defendant* |

SO ORDERED.

This \_\_\_\_ day of _____, 2024.

_____
United States District Court Judge