IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TREY CHAVIS on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>KLAUSSNER FURNITURE INDUSTRIES, INC.,<br>    Defendant. | C.A. No. 23-876-RGA |

### STIPULATION EXTENDING TIME TO ANSWER THE COMPLAINT

Plaintiff Trey Chavis, on behalf of himself and all others similarly situated, and Defendant Klaussner Furniture Industries, Inc. (together with Plaintiff, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on August 10, 2023, Plaintiff filed a complaint (the "Complaint") against the Defendant initiating the above-captioned matter (D.I. 1);

WHEREAS, on August 28, 2023, Plaintiff filed an executed return of service, which reflects that the summons and Complaint were served on Defendant on August 22, 2023 (D.I. 3);

WHEREAS, Defendant is currently under a general receivership in the proceeding styled as *Bank of America, N.A.* v. *Klaussner Furniture Industries, Inc. et al.*, Case No. 23-CVS-1786, in the General Court of Justice, Superior Court Division, in Randolph County, North Carolina and pending before the North Carolina Business Court (the "North Carolina Receivership"); and

WHEREAS, counsel for the Parties have agreed to further extend the time for Defendant to respond to the Complaint.

NOW THEREFORE, it is stipulated and agreed by and between the Parties, subject to the approval of the Court, that:

1. Defendant's time to respond to the Complaint is extended through and including the earlier of:

   a. the date that is 30 days from the date that the court in the North Carolina Receivership orders a claims process in accordance with N.C. Gen. Stat. § 1-507.49; or

   b. 90 days from the date of this order.

2. This extension is without prejudice to Defendant's right to seek further extensions of time from the Court to answer, move, or otherwise respond to the Complaint and Plaintiff's rights to oppose any such request.

Dated: September 18, 2024

| | |
|---|---|
| **MARGOLIS EDELSTEIN** | **K&L GATES LLP** |
| */s/ James E. Huggett* | */s/ Matthew B. Goeller* |
| James E. Huggett (No. 3956) | Steven L. Caponi (No. 3484) |
| 300 Delaware Avenue, Suite 800 | Matthew B. Goeller (No. 6283) |
| Wilmington, DE 19801 | 600 N. King Street, Suite 901 |
| Phone: (302) 888-1112 | Wilmington, DE 19801 |
| | Phone: (302) 416-7000 |
| *Attorneys for Plaintiff and* | steven.caponi@klgates.com |
| *the Proposed Class* | matthew.goeller@klgates.com |
| | |
| | *Counsel for Defendant* |

SO ORDERED.

This _____ day of _____, 2024.

_____
United States District Court Judge

2